UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ARMANDO RAMIREZ and EUSTASIO
GONZALEZ, *individually and on behalf of others similarly situated*,

                      Plaintiffs,

- against -

60TH ST. FLEISH GESHEFT INC. (D/B/A
SHAULY'S MEAL MART), JOSEPH
GOLDBERGER, and JOEL GOLDBERGER,

                      Defendants.
------------------------------------------------------------------------X

Case No.: 1:20-cv-04308 (PKC) (PK)

STIPULATION OF DISMISSAL

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice against the above Defendants. This Court shall retained jurisdiction to enforce this Agreement.

    A copy of this Stipulation shall be deemed as valid as an original.

**MICHAEL FAILLACE & ASSOCIATES, P.C.**      **BRUCK LLP**

By:   */s/Khalil Huey*                        By:   */s/ Yair Bruck*
      Khalil Huey, Esq.                              Yair Bruck, Esq.
      60 East 42nd Street, Suite 4510            1207 East 34th Street
      New York, NY 10165                       Brooklyn, NY 11210
      (212) 317-1200                                 (212) 593- 9090
      *Attorney for Plaintiffs*                        *Attorney for Defendants*

DATED: Brooklyn, New York
             August 2, 2021

SO Ordered:

*Peggy Kuo*

_____
United States Magistrate Judge